# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-5032**

**September Term, 2017**

**1:17-cv-02069-TSC**

**Filed On:** May 7, 2018

John Doe,

      Appellee

    v.

James Mattis, in his official capacity as
Secretary of Defense,

      Appellant

_____

Consolidated with 18-5110

**BEFORE:**    Henderson, Srinivasan, and Wilkins, Circuit Judges

# <u>UNDER SEAL OPINION</u>
# <u>NOT AVAILABLE TO PUBLIC</u>